UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **22-MJ-392** |
|---|---|
| v. | 21 U.S.C. § 841(a)(1) – Possession of Methamphetamine With Intent to Distribute |
| LUIS ANGEL ESPARZA, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about January 6, 2022, within the Southern District of California, defendant LUIS ANGEL ESPARZA did knowingly and intentionally possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

*Jacob Angeles*

Jacob Angeles
Special Agent
Drug Enforcement Administration

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 3rd day of February, 2022.

HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having reviewed reports and audio-video recordings devices. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On January 6, 2022, Chula Vista Police Officers observed a white 2009 Mercedes Benz driving in excess of 90 miles per hour on the Interstate-5 freeway in Chula Vista. Officers also observed that the Mercedes' window tint was excessively dark in violation of Cal. Veh. Code 26708(A)(1).

The Mercedes exited interstate 5 at Coronado Avenue, and officers pulled over the vehicle at 14th Street. Officers identified three individuals in the vehicle: X.W. (driver); A.C.J. (front passenger); and Luis Angel ESPARZA (rear passenger). When officers approached the vehicle, ESPARZA had his left hand in his left pocket and waistband. At the officer's command, ESPARZA removed his left hand and put it in front of him. ESPARZA exited the Mercedes at the officer's request and as he stood outside, ESPARZA admitted that he had a meth pipe on his person. The officers conducted a pat-down and found the glass pipe in ESPARZA's pocket, which had a white crystalline residue throughout.

Based on ESPARZA's possession of drug paraphernalia, officers searched the immediate area where ESPARZA was seated in the Mercedes. Officers located a black backpack with men's clothing inside. Inside the small pocket of the backpack, officers located a blue pill stamped with "M30." Officers determined that ESPARZA had active 4th waiver search conditions, and the rest of the vehicle was searched, including X.W.'s jacket which had a glass pipe and a small clear plastic bag containing a brown, tar-like substance (suspected heroin). ESPARZA was arrested for state violations of possession of paraphernalia and controlled substances; X.W. was cited and released. ESPARZA's charges were not filed with the state.

Officers searched ESPARZA incident to his arrest. As officers removed ESPARZA's belt, he admitted that he had "dope" on his person. Officers asked where and ESPARZA pointed to his groin area. Officers located inside his pants a large plastic bag containing a substance which field-tested positive methamphetamine, weighing 57.3 grams. Based on my training and experience, I am aware that 57.3 grams of methamphetamine is a distributable amount of methamphetamine.